UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 5:13-CV-2420 LHK (PSG)<br><br>Consolidated and Related Cases:<br>　　5:13-cv-1927 LHK (PSG)<br>　　5:13-cv-2416 LHK (PSG)<br><br>[PROPOSED] ORDER ON TWI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |

Having reviewed TWi's administrative motion for leave to file under seal its Answer, Affirmative Defenses, and Counterclaims to Takeda's Second Amended Complaint. [D.N. 41], as well as Takeda's opposition to that motion dated August 8, 2014, the Court hereby DENIES TWi's motion to file under seal [D.N. 41]. TWi shall publicly file an unredacted version of its Answer, Affirmative Defenses, and Counterclaims to Takeda's Second Amended Complaint within seven days from the date of this Order as required by Civil Local Rule 79-5(f)(2).

IT IS SO ORDERED.

DATED: August 11 , 2014

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH
United States District Judge