UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No.:   13-CV-02420-LHK<br><br>**ORDER RE: JOINT MOTION FOR AN EXTENSION** |

Upon consideration of the parties' joint motion for an extension (ECF No. 111-4), the Court proposes the schedule below. The parties shall file by October 16, 2014 a joint statement regarding their respective positions on the following dates.

| | |
|---|---|
| Fact Discovery Cut Off for Takeda's discovery limited to issues identified in ECF No. 111-4 | November 20, 2014 |
| Deadline for Takeda to file and serve a further narrowed list of asserted claims | December 1, 2014 |
| Deadline for Defendants to file and serve a further narrowed list of prior art references | December 4, 2014 |
| Parties Serve Initial Expert Reports and Produce Related Documents/Materials. Takeda will provide any report on secondary considerations at this time. | December 4, 2014 |
| Further Case Management Conference | December 10, 2014 |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents/Materials | December 18, 2014 |
| Parties Serve Reply Expert Reports | January 7, 2015 |
| Close Expert Discovery | January 16, 2015 |

| Last Day to File Dispositive Motions | January 30, 2015 |
| --- | --- |
| Hearing on Dispositive Motions | March 19, 2015, at 1:30 p.m. |
| Final Pretrial Conference | May 7, 2015, at 1:30 p.m. |
| Bench Trial | June 2, 2015, at 9:00 a.m. |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated: October 15, 2014

_____
LUCY H. KOH
United States District Judge