**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TWI PHARMACEUTICALS, INC., <br><br> Defendant. | Case No.:    13-CV-02420-LHK <br><br> **ORDER SETTING CASE SCHEDULE** |

Upon consideration of the parties' joint scheduling statement (ECF No. 113), the Court adopts the parties' modified schedule as set forth below.

| | |
|---|---|
| Fact Discovery Cut Off for Takeda's discovery limited to issues identified in ECF No. 111-4 | November 20, 2014 |
| Deadline for Takeda to file and serve a further narrowed list of asserted claims | November 20, 2014 |
| Deadline for Defendants to file and serve a further narrowed list of prior art references | November 26, 2014 |
| Parties Serve Initial Expert Reports and Produce Related Documents/Materials.  Takeda will provide any report on secondary considerations at this time. | December 4, 2014 |
| Further Case Management Conference | December 10, 2014 |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents/Materials | December 22, 2014 |
| Parties Serve Reply Expert Reports | January 9, 2015 |
| Close Expert Discovery | January 23, 2015 |
| Last Day to File Dispositive Motions | January 30, 2015 |
| Hearing on Dispositive Motions | March 19, 2015, at 1:30 p.m. |

1

| Final Pretrial Conference | May 7, 2015, at 1:30 p.m. |
| Bench Trial | June 2, 2015, at 9:00 a.m. |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated: October 17, 2014

LUCY H. KOH
United States District Judge