UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC,<br><br>Defendants. | Case No.:    13-CV-02420-LHK<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

Takeda filed an administrative motion to seal confidential material in support of the parties' joint motion for an extension. ECF No. 111. The Court denied Takeda's sealing motion without prejudice because TWi, the only party that maintained a claim of confidentiality, did not file a timely supporting declaration. ECF No. 115. In response to the Court's order, TWi has filed a timely supporting declaration. ECF No. 116. After considering TWi's declaration, Takeda's motion to seal the parties' joint motion for an extension (ECF No. 111-4) is GRANTED as to all redacted portions shown in ECF No. 111-3 except for paragraph 6, for which no claim of confidentiality has been made. Takeda must file a revised redacted version pursuant to Civil L. R. 79-5(f)(3).

Additionally, on October 21, 2014, Courtroom Deputy Stacy Sakamoto received the attached e-mail from Husch Blackwell LLP. This is an *ex parte* communication with the Court that is prohibited by Civil L. R. 11-4(c) and will be disregarded as such. The only e-mail communications that the parties are allowed to have with the Courtroom Deputy are non-

substantive scheduling communications and must include opposing counsel.  All substantive issues must be discussed in filings.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
LUCY H. KOH
United States District Judge

**From:** "Perlson, Kelly" <Kelly.Perlson@huschblackwell.com>
**To:** "'lhkcrd@cand.uscourts.gov'" <lhkcrd@cand.uscourts.gov>
**Date:** Tuesday, October 21, 2014 08:21AM
**Subject:** Takeda Pharmaceutical v .TWi; Case Number: 5:13-cv-02420-LHK
History: ➡ This message has been forwarded.

Dear Stacy,

Our firm represents TWi Pharmaceutical in the above matter.  In reference to Dkt. No. 115, filed 10/18/14, we will be filing our Declaration in support of our motion today.

I had called Diane Miyashiro this morning, who referred me to you.  My question is, does Judge Koh want us to also file our redacted document as an exhibit to our Declaration?

If someone could let me know, I would appreciate it.

**Kelly Perlson**
**Legal Administrative Assistant**

**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
Direct: 312.985.8270
Fax:   312.655.1501
Kelly.Perlson@huschblackwell.com
huschblackwell.com