UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>        Defendant. | Case No.: 13-CV-02420-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Heather Takahashi
Defendant's Attorney: Don J. Mizerk

      A case management conference was held on December 10, 2014. A further case management conference was set for March 19, 2015, at 1:30 p.m. The parties shall file their joint case management statement by March 12, 2015.

      The Court hereby ORDERS Takeda to produce all TAP Pharmaceuticals inventor e-mails (with attachments) from 2000 to 2008 no later than December 23, 2014, and all TAP licensing documents no later than January 7, 2015. TWi will consult with Takeda regarding custodians for the licensing documents. Takeda will produce the documents to TWi on a rolling basis, beginning as soon as possible.

      As a result, the Court will allow TWi to re-depose the following individuals:
- The six (total) inventors of the '158 and '187 Patents;
- The '158 and '187 Patent prosecutors (Mr. Yasger, Ms. Mueller, and Mr. Buonaiuto);
- TAP Pharmaceuticals CEO Watkins;
- Mr. Yasger (both as to licensing and as to patent prosecution);
- Mr. Frapaise; and
- Individuals associated with the 2006-2007 development of dissolution protocol for TAP's New Drug Application.

      All depositions, except for the inventor who resides in New York City, shall be held in Chicago. The Court hereby ORDERS that Takeda shall bear the following expenses for any of the above depositions:

1

Case Nos.: 13-CV-02420-LHK
CASE MANAGEMENT ORDER

- Court reporter;
- Videographer; and
- TWi attorney travel expenses, including airfare and hotel, for deposition of the inventor residing in New York City (if necessary).

The Court adopts Judge Grewal's recommendation and allows Takeda to reassert claim 7 of the '187 Patent in exchange for dropping claim 8.  *See* ECF No. 128.  TWi stipulated that there are no corresponding changes to its invalidity contentions.

**Upon further reflection, the Court allows Takeda to reassert claim 6 of the '187 Patent in light of TWi's filing of an amended ANDA.  *See* ECF No. 124, Takeda's Second Case Narrowing Statement.**

The following ELEVEN claims are now being asserted in the case:
- '158 Patent: claims 1, 2, 3, and 6
- '187 Patent: claims 1, 2, 5, 6, 7, 11, and 16

TWi stipulated that only the following THREE prior art references will be used at trial:
- Akiyama reference (three versions);
- Dietrich reference; and
- Offer for sale.

The parties agreed to meet and confer regarding Takeda's possible filing of a motion to strike in part TWi's expert report(s) as to anticipation by the Dietrich reference and enablement under section 112.  If Takeda files the motion, the hearing date shall be March 19, 2015, at 1:30 p.m.  The parties shall determine their own briefing schedule, with Takeda's reply due no later than March 5, 2015.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents/Materials | December 22, 2014 |
| Deadline for Takeda to Produce TAP Inventor E-mails | December 23, 2014 |
| Deadline for Takeda to Produce TAP Licensing Documents | January 7, 2015 |
| Parties Serve Reply Expert Reports | January 9, 2015 |
| Close Expert Discovery | January 23, 2015 |
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | February 1, 2015 (max 7 claims) |
| Last Day to File Dispositive Motions | February 19, 2015 |
| Last Day to File Reply Supporting Takeda's Motion to Strike (if necessary) | March 5, 2015 |
| Further CMC | March 19, 2015, at 1:30 p.m. |
| Hearing on Takeda's Motion to Strike (if necessary) | March 19, 2015, at 1:30 p.m. |
| Hearing on Dispositive Motions | April 9, 2015, at 1:30 p.m. |
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | April 16, 2015 (max 5 claims) |

2

Case Nos.: 13-CV-02420-LHK
CASE MANAGEMENT ORDER

| Final Pretrial Conference | May 14, 2015, at 1:30 p.m. |
|---|---|
| Bench Trial | June 2, 2015, at 9:00 a.m. |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
LUCY H. KOH
United States District Judge

Case Nos.: 13-CV-02420-LHK
CASE MANAGEMENT ORDER