UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TWI PHARMACEUTICALS, INC., <br><br> Defendant. | Case No.: 13-CV-02420-LHK <br><br> **ORDER RE CASE MANAGEMENT CONFERENCE** |

At the case management conference held on December 10, 2014, the Court indicated that it would not allow Takeda to reassert claim 6 of the '187 Patent. Upon further consideration, the Court changed its mind, as reflected in the Court's Case Management Order. *See* ECF No. 129. Should TWi need to amend its invalidity contentions as a result of the Court's decision, the Court will allow TWi to do so.

**IT IS SO ORDERED.**

Dated: December 11, 2014

_____
LUCY H. KOH
United States District Judge

*United States District Court*
*For the Northern District of California*