UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No.: 13-CV-02420-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

In light of the Court's Order Granting Takeda's Motion to Strike, ECF No. 156, the Court hereby ORDERS the parties to file a Supplemental Joint Case Management Statement by Wednesday, March 18, 2015, at 5:00 p.m. identifying any issues that need to be addressed at the March 19, 2015 case management conference. If there are no issues to address, the Court will continue the March 19, 2015 case management conference to April 9, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-02420-LHK
ORDER DIRECTING PARTIES TO FILE A SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT