UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>          Defendant. | Case No.: 13-CV-02420-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' Supplemental Joint Case Management Statement, ECF No. 158, the Court hereby CONTINUES the case management conference set for March 19, 2015, at 1:30 p.m. to April 9, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 18, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-02420-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE