UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No.: 13-CV-02420-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

In addition to the hearing on the parties' summary judgment motions, a case management conference is scheduled for tomorrow, April 9, 2015, at 1:30 p.m. *See* ECF No. 159. Pursuant to Civil Local Rule 16-10(d), the Court hereby ORDERS the parties to file a Joint Case Management Statement by today, April 8, 2015, at 5:00 p.m. identifying any issues that need to be addressed at tomorrow's case management conference.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
LUCY H. KOH
United States District Judge