UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TWI PHARMACEUTICALS, INC., <br><br> Defendant. | Case No.: 13-CV-02420-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Jeffrey Weinberger; Ted Dane; Heather Takahashi; John Schwab
Defendant's Attorneys: Don J. Mizerk; John Sholar

A case management conference was held on April 9, 2015.

Each side is limited to four (4) motions in limine.  Each motion and opposition shall not exceed five (5) pages in length.  The parties may not file replies.

The parties stipulated to shorten the length of trial to five (5) days.  Accordingly, the case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | April 16, 2015 (max 5 claims) |
| Final Pretrial Conference | May 14, 2015, at 1:30 p.m. |
| Bench Trial | June 2, 2015, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 13-CV-02420-LHK
CASE MANAGEMENT ORDER