UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No.: 13-CV-02420-LHK<br><br>**ORDER DENYING REQUEST TO REASSERT DEPENDENT CLAIM 11** |

In its Fourth Case Narrowing Statement, Takeda requests the Court's permission to reassert dependent claim 11 of the '187 Patent. ECF No. 176 at 3-4. That request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-02420-LHK
ORDER DENYING REQUEST TO REASSERT DEPENDENT CLAIM 11