UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No.: 13-CV-02420-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL** |

Before the Court are the parties' administrative sealing motions (ECF Nos. 141, 148, 170, 171),[1] which were filed in connection with TWi's summary judgment motion. According to the standards set forth in *Kamakana v City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Electronics. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court reviews the parties' sealing motions under the "compelling reasons" standard.

With this standard in mind, the Court rules as follows:

---

[1] Four days after the April 9, 2015 hearing on the parties' motions for summary judgment, TWi filed amended motions to seal, ECF Nos. 170, 171, which replaced the sealing motions TWi had already filed, ECF Nos. 142, 154. Accordingly, the Court DENIES as moot TWi's previously filed sealing motions. ECF Nos. 142, 154.

1

Case Nos.: 13-CV-02420-LHK
ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL

| Motion to Seal | ECF No. | Document to be Sealed | Ruling |
|---|---|---|---|
| 141 | 141-3 | Takahashi Decl. Ex. 3: Expert Report of Dr. Brian Fennerty | DENIED WITHOUT PREJUDICE because the request is not "narrowly tailored" and TWi did not file a supporting declaration. Civ. L. R. 79-5(b). |
| 148 | 148-3 | Takeda's Opposition to TWi's Motion for Summary Judgment | DENIED WITH PREJUDICE as to the proposed redactions at pages 21:23-26, 24:11-12 (heading), and 24:19-25:12 (entire paragraph) because the briefing is related to the doctrine of equivalents is not sealable; otherwise GRANTED. |
| 148 | 148-5 | Takahashi Decl. Ex. 44: Annotated Labelling for TWi's proposed drug product | GRANTED. |
| 148 | 148-6 | Takahashi Decl. Ex. 49: Expert Report of Dr. William N. Charman | DENIED WITHOUT PREJUDICE because the request is not "narrowly tailored." Civ. L. R. 79-5(b). TWi should identify which specific portions of the report it seeks to seal. |
| 148 | 148-7 | Takahashi Decl. Ex. 50: Reply Expert Report of Dr. William N. Charman | DENIED WITHOUT PREJUDICE because the request is not "narrowly tailored." Civ. L. R. 79-5(b). TWi should identify which specific portions of the report it seeks to seal. |
| 148 | 148-8 | Takahashi Decl. Ex. 52: Section 2.3.P of TWi's Amended ANDA | GRANTED. |
| 148 | 148-9 | Takahashi Decl. Ex. 53: Section 2.3.P.2 of TWi's Amended ANDA | GRANTED. |
| 148 | 148-10 | Takahashi Decl. Ex. 54: Declaration of Dr. William N. Charman | DENIED WITHOUT PREJUDICE because the request is not "narrowly tailored." Civ. L. R. 79-5(b). TWi should identify which specific portions of the declaration it seeks to seal. |
| 170 | 170-2 | TWi's Motion for Summary Judgment | DENIED WITH PREJUDICE as to the proposed redactions at pages 24:6-25:1 & n.8 because the briefing is related to the doctrine of equivalents is not sealable; otherwise GRANTED. |
| 170 | 142-6 | Mizerk Decl. Ex T: Expert Report of Dr. Robert A. Bellantone Regarding Validity of the '187 Patent | GRANTED. |

| Motion to Seal | ECF No. | Document to be Sealed | Ruling |
|---|---|---|---|
| 170 | 142-8 | Mizerk Decl. Ex HH: Deposition of Dr. William N. Charman | DENIED WITHOUT PREJUDICE because the request is not "narrowly tailored." Civ. L. R. 79-5(b). TWi should identify which specific portions of the deposition it seeks to seal. |
| 170 | 142-10 | Mizerk Decl. Ex JJ: TWi's ANDA letter to the FDA | GRANTED. |
| 170 | 142-12 | Mizerk Decl. Ex KK: "Advantar Transmittal Memorandum for Revised Technical Report TKU-C0001-RTR0001.01 | GRANTED. |
| 170 | 142-14 | Mizerk Decl. Ex LL: TWi's ANDA | GRANTED. |
| 170 | 142-16 | Mizerk Decl. Ex MM: Drug Product Release Test | GRANTED. |
| 170 | 142-18 | Mizerk Decl. Ex NN: Expert Report of Dr. William N. Charman on Infringement | DENIED WITH PREJUDICE as to the proposed redactions at paragraphs 135, 140-41, 161, 165-66, 172, 179, and 185 because these paragraphs quote only from the claim language or the Court's claim construction order; otherwise GRANTED. |
| 170 | 142-20 | Mizerk Decl. Ex OO: Drug Product Release Test | GRANTED. |
| 170 | 142-22<br>142-23<br>142-24 | Mizerk Decl. Ex ZZ: Rebuttal Expert Report of Dr. Edmund J. Elder, Jr., on Non-Infringement | DENIED WITH PREJUDICE as to the proposed redactions at paragraphs 17 and 18 because these paragraphs quote only from the claim language or the Court's claim construction order; otherwise GRANTED. |
| 171 | 171-2 | Reply in Support of TWi's Motion for Summary Judgment | DENIED WITH PREJUDICE as to the proposed redactions at page 15:1-22 because the briefing is related to the doctrine of equivalents is not sealable; otherwise GRANTED. |

The parties must file any renewed motions to seal consistent with this Order within seven (7) days. The Court also GRANTS TWi's motion to remove an incorrectly filed document. ECF No. 174.

**IT IS SO ORDERED.**

3

Case Nos.: 13-CV-02420-LHK
ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge