UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 13-CV-02420-LHK<br><br>**ORDER GRANTING RENEWED ADMINISTRATIVE MOTIONS TO SEAL** |

Before the Court are the parties' renewed administrative sealing motions (ECF Nos. 181, 182, 183), which were filed in connection with TWi's summary judgment motion. According to the standards set forth in *Kamakana v City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Electronics. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court reviews the parties' sealing motions under the "compelling reasons" standard.

With this standard in mind, the Court rules as follows:

| Motion to Seal | ECF No. | Document to be Sealed | Ruling |
|---|---|---|---|
| 181 | 181-3 | TWi's Motion for Summary Judgment | GRANTED as to proposed redactions. |
| 181 | 181-5 | Mizerk Decl. Ex HH: Deposition of Dr. William N. Charman | GRANTED as to proposed redactions. |
| 181 | 181-7 | Mizerk Decl. Ex NN: Expert Report of Dr. William N. Charman on Infringement | GRANTED as to proposed redactions. |
| 181 | 181-9 | Mizerk Decl. Ex ZZ: Rebuttal Expert Report of Dr. Edmund J. Elder, Jr., on Non-Infringement | GRANTED as to proposed redactions. |
| 182 | 182-3 | Reply in Support of TWi's Motion for Summary Judgment | GRANTED as to proposed redactions. |
| 183 | 183-3 | Takeda's Opposition to TWi's Motion for Summary Judgment | GRANTED as to proposed redactions. |
| 183 | 183-5 | Takahashi Decl. Ex. 3: Expert Report of Dr. Brian Fennerty | GRANTED as to proposed redactions. |
| 183 | 183-8 | Takahashi Decl. Ex. 49: Expert Report of Dr. William N. Charman | GRANTED as to proposed redactions. |
| 183 | 183-11 | Takahashi Decl. Ex. 50: Reply Expert Report of Dr. William N. Charman | GRANTED as to proposed redactions. |
| 183 | 183-14 | Takahashi Decl. Ex. 54: Declaration of Dr. William N. Charman | GRANTED as to proposed redactions. |

The Court also GRANTS Takeda's motion to file a corrected public redacted version of its Opposition to TWi's Motion for Summary Judgment. ECF No. 184.

**IT IS SO ORDERED.**

Dated: May 5, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 13-CV-02420-LHK
ORDER GRANTING RENEWED ADMINISTRATIVE MOTIONS TO SEAL